UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISAAC J. WILLIAMS,<br><br>                    Plaintiff,<br><br>     -against-<br><br>JAQUELINE DUDLEY, et al.,<br><br>                    Defendants. | 23-CV-11018 (JPC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On April 25, 2024, Plaintiff submitted a letter requesting an extension of time to serve Defendants Jacqueline Dudley, Samuel Salnave and New York City Human Resources Administration ("Defendants") due to the "wrong information" Plaintiff received regarding service. (*See* ECF 10). I granted the extension and Plaintiff had until June 3, 2024, to serve Defendants with the summons and complaint. (ECF 11.) Plaintiff has not submitted proof of such service.

Accordingly, Plaintiff is ORDERED to submit a letter by June 17, 2024, explaining whether Defendants have been served. If Plaintiff served Defendants with the summons and complaint, Plaintiff must file the completed proof of service on the docket by June 17, 2024. However, if Plaintiff has not yet properly served Defendants, Plaintiff must explain in the letter why Defendants have not yet been served.

DATED:   June 10, 2024
              New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge