UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISAAC J. WILLIAMS,<br>　　　　　　　　Plaintiff,<br>-against-<br><br>JAQUELINE DUDLEY, et al.,<br>　　　　　　　　Defendants. | 23-CV-11018 (JPC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a telephonic conference on **Wednesday, September 25, 2024, at 11:30 AM**. The parties shall join the conference at the scheduled time by dialing **(646) 453-4442, Access Code: 973 614 23#.**

If the parties are not available at this date and time, please jointly confer and email four dates of availability to [TarnofskyNYSDChambers@nysd.uscourts.gov](mailto:TarnofskyNYSDChambers@nysd.uscourts.gov) by Friday, September 20, 2024.

DATED:　September 18, 2024
　　　　　New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge