UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISAAC J. WILLIAMS,<br>                    Plaintiff,<br>-against-<br><br>JACQUELINE DUDLEY, et al.,<br>                    Defendants. | 23-CV-11018 (JPC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

       On July 1, 2024, I issued an Order setting a briefing schedule in connection with Defendant's motion to dismiss Plaintiff's Complaint. (ECF 25.) In that Order I directed Plaintiff to file his letter opposing Defendant's motion to dismiss by November 30, 2024. The deadline to submit the opposition has now expired. I am nunc pro tunc extending Plaintiff's deadline.

       It is ORDERED that, **by December 16, 2024**, Plaintiff shall file his opposition. Defendants shall, by **December 20, 2024**, file their reply.

DATED:  December 4, 2024
              New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge