UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISAAC J. WILLIAMS,
                 Plaintiff,
-against-

JAQUELINE DUDLEY, et al.,
                 Defendants.

23-CV-11018 (JPC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a telephonic conference on **Friday, December 20, 2024, at 2:30 PM**. The parties shall join the conference at the scheduled time by dialing **(646) 453-4442, Access Code: 816 468 597#**.

DATED:  December 17, 2024
            New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge