UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISAAC J. WILLIAMS,
               Plaintiff,
  -against-

JACQUELINE DUDLEY, et al.,
               Defendants.

23-CV-11018 (JPC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On December 20, 2024, I held a status conference with the parties in this action. As discussed at the conference, Plaintiff's opposition to Defendants' motion to dismiss is due on **January 21, 2025**. Defendants' reply in further support of their motion to dismiss is due on **February 15, 2025**, as is any letter-motion to stay discovery. If Defendants file a letter-motion to stay discovery, and if Plaintiff wishes to oppose that letter-motion, he shall do so by **March 7, 2025**.

DATED:  December 20, 2024
             New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge