UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISAAC J. WILLIAMS,<br>     Plaintiff,<br>-against-<br><br>JAQUELINE DUDLEY, et al.,<br>     Defendants. | 23-CV-11018 (JPC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  This action is scheduled for a telephonic conference on **January 22, 2025, at 11:00 AM**. The parties shall join the conference at the scheduled time by dialing **(646) 453-4442, Access Code: 166 786 143#**.

DATED: January 6, 2025
     New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge