UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISAAC J. WILLIAMS,

           Plaintiff,

-against-

JACQUELINE DUDLEY, et al.,

           Defendants.

23-CV-11018 (JPC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On February 27, 2025, I issued a report and recommendation to Judge John P. Cronan to grant Defendants' motion to dismiss Plaintiff's complaint. (*See* ECF 38, Report and Recommendation.) I recommended that Judge Cronan should dismiss some of Plaintiff's claims without prejudice and should grant Plaintiff 30 days to file an amended complaint that repleads those claims. (*See id.* at 24-29.) On March 18, 2025, Judge Cronan adopted my recommendation and granted Plaintiff leave to file an amended complaint by **April 17, 2025**. (*See* ECF 40, Order Adopting Report and Recommendation at 3.)

Plaintiff's March 18, 2025 request for an extension of time to file an amended complaint is **DENIED** as moot because the request precedes Judge Cronan's order granting Plaintiff leave to amend. (*See* ECF 39, Letter.) The Clerk of Court is respectfully requested to terminate the request at ECF 39. Plaintiff shall file his amended complaint by **April 17, 2025**.

DATED:  March 19, 2025
               New York, New York

SO ORDERED.

ROBYN F. TARNOFSKY
United States Magistrate Judge