UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISAAC J. WILLIAMS,<br><br>                Plaintiff,<br><br>  -against-<br><br>JAQUELINE DUDLEY,<br><br>                Defendant. | 23cv11018 (JPC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      Defendants shall respond to the Amended Complaint by **May 16, 2025.** If Defendants file a motion to dismiss, Plaintiff shall have until **June 16, 2025** to file an opposition to that motion and to Defendants' motion to stay discovery (ECF 37), and Defendants shall have until **June 30, 2025** to file a reply brief in further support of a motion to dismiss.

DATED:  April 18, 2025
               New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge