UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ISAAC J. WILLIAMS,

                Plaintiff,

   -against-

JAQUELINE DUDLEY, et al.,

               Defendants.

23-CV-11018 (JPC) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    This action is scheduled for a telephonic status conference on **June 11, 2025 at 4:00 PM.**

The parties are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 613 876 148 #.**

DATED: June 9, 2025
          New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge