UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ISAAC J. WILLIAMS,

                 Plaintiff,

  -against-

JAQUELINE DUDLEY, et al.,

                Defendants.

23cv11018 (JPC) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

       At a conference on June 11, 2025, Plaintiff stated that he was not opposing Defendants' letter-motion to stay discovery (ECF 37). Accordingly, discovery in this matter is stayed until there is a decision on Defendants' pending motion to dismiss the amended complaint (ECF 46).

       Plaintiff's time to oppose the motion to dismiss is extended until July 11, 2025, and Defendants' time to file a reply brief in further support of the motion to dismiss is extended until August 1, 2025.

       The Clerk of Court is respectfully requested to terminate ECF 37.

DATED:  June 11, 2025
       New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge