**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ISAAC J. WILLIAMS,

                Plaintiff,                              23 **CIVIL** 11018 (JPC)(RFT)

       -against-                                <u>**JUDGMENT**</u>

JACQUELINE DUDLEY et al.,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 7, 2025, the Court has reviewed the Report and Recommendation *de novo*, finds it to be well reasoned and its conclusions well founded, and adopts it in its entirety. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. Judgment is entered in favor of Defendants; accordingly, the case is closed.

**Dated:** New York, New York
           October 8, 2025

                                                  **TAMMI M. HELLWIG**
                                                    **Clerk of Court**

                          **BY:**        *K. Mango*

                                                      **Deputy Clerk**